writs of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Walter B. Gibbons* for petitioner. *Mr. Joseph First* for respondent.

No. 923. Cox *v.* McELLIGOTT, FIRE COMMISSIONER. April 25, 1938. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. W. H. K. Davey* for petitioner. *Mr. Paxton Blair* for respondent.

No. 19, original. EX PARTE BASIL H. POLLITT. May 2, 1938. The motion for leave to file petition for writ of certiorari is granted. Motion for leave to proceed further *in forma pauperis* and petition for writ of certiorari denied. *Basil H. Pollitt, pro se.*

No. 1003. HICKS *v.* INDIANA. May 2, 1938. On petition for writ of certiorari to the Supreme Court of Indiana. Motion for stay denied. Motion for leave to proceed further *in forma pauperis* and petition for writ of certiorari denied. *Mr. Stephens L. Blakely* for petitioner. No appearance for respondent.

No. 971. McDONALD *v.* UNITED STATES. May 2, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Claude L. Dawson* for petitioner. No appearance for respondent.